1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,            | 2:22-CV-01754-MCE-DB
12 |                    Plaintiff,        |
13 |         v.                           | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*
14 | APPROXIMATELY $13,900.00 IN
15 | U.S. CURRENCY,                       |
16 |                    Defendant.        |

17      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on October 5, 2022, in the

18 United States District Court for the Eastern District of California, alleging that the Approximately

19 $13,900.00 in U.S. Currency ("defendant currency") is subject to forfeiture to the United States pursuant

20 to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

21      And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the

22 affidavit of U. S. Postal Inspection Service Inspector Patrick B. Mahoney, there is probable cause to

23 believe that the defendant currency so described constitutes property that is subject to forfeiture for such

24 violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant

25 to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

26 Actions;

27 ///

28 ///

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: October 17, 2022

_____
JEREMY D. PETERSON
United States Magistrate Judge